# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 17-30286

TRACTOR AND EQUIPMENT COMPANY,

     Plaintiff - Appellee

v.

DUAL TRUCKING AND TRANSPORT, L.L.C.; ANTHONY ALFORD,

     Defendants - Appellants

United States Court of Appeals
Fifth Circuit

**FILED**

July 13, 2018

Lyle W. Cayce
Clerk

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:15-CV-5413

Before HIGGINBOTHAM, SMITH, and CLEMENT, Circuit Judges.

PER CURIAM:*

     After reviewing the briefs and hearing oral argument from the parties, we AFFIRM the judgment essentially for the reasons stated by the district court in its opinion. *See* 5TH CIR. R. 47.6.

---

    * Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.